# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ROGER ROSS                                                                PLAINTIFF

V.                               NO. 3:12CV00044-JTR

CAROLYN W. COLVIN,[1]                                          DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS  5th   DAY OF March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became Acting Commissioner of Social Security on February 14, 2013, and is automatically substituted as Defendant in this matter for Michael J. Astrue, pursuant to Fed. R. Civ. P. 25(d).